**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-02990

Fairway Independent Mortgage Corporation, a Texas corporation,

      Plaintiff,

v.

Ashley Pratt, an individual,

      Defendant.

---

## COMPLAINT AND JURY DEMAND

---

Plaintiff Fairway Independent Mortgage Corporation ("Fairway" or the "Company"), by and through its undersigned counsel, files this Complaint against Defendant Ashley Pratt ("Pratt") and alleges the following:

1.    This is a straightforward action for breach of contract.  Pratt agreed to repay a $400,000 retention bonus if she resigned from her employment from Fairway within one year of receiving the retention bonus.  A true and correct copy of the January 26, 2022 Employment Retention Bonus Agreement (the "Agreement") is attached hereto as Exhibit A.

2.    Pratt executed the Agreement, received her retention bonus from Fairway, and voluntarily resigned within nine months of receiving the bonus.

3.    Pratt has breached her contractual obligation to Fairway by not repaying the amounts owed pursuant to the Agreement.

4.    Fairway brings this action to recover the $400,000 Pratt owes the Company.

## I.   THE PARTIES

5.      Plaintiff Fairway is a mortgage lender organized and established under the laws of Texas, with its principal place of business located at 4750 South Biltmore Lane, Madison, WI 53718.

6.      Defendant Pratt is citizen of Colorado who resides in Golden, Colorado.

## II.   JURISDICTION AND VENUE

7.      This Court has personal jurisdiction over Pratt because Pratt worked in the State of Colorado at all times material to this action, maintains a residence in the State of Colorado, lived in this State during and after the time she worked for Fairway, and committed wrongful acts and omissions as described herein, with resulting injury, damages, loss, or other consequences in the State of Colorado.

8.      This Court has jurisdiction over the subject matter of the claims below pursuant to 28 U.S.C. § 1332(a) because Fairway is a citizen of both Texas and Wisconsin and Pratt is a citizen of Colorado, and the amount in controversy exceeds $75,000.  Specifically, Fairway paid Pratt $400,000, which she is required to repay under the terms of the Agreement.

9.      Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b) because a substantial part of the events giving rise to Fairway's claims occurred in this judicial district.

## III.   FACTUAL BACKGROUND AND COMMON ALLEGATIONS

10.      Fairway hired Pratt as a Loan Originator and Branch Manager at one of its branches in Golden, Colorado on June 4, 2018.

11.      Pratt executed the Agreement on January 26, 2022.

12.     The Agreement provided that Fairway would pay Pratt a retention bonus of $400,000 ("Retention Bonus") in exchange for Pratt's continued employment of at least one year.

13.     Specifically the Agreement states in relevant part:

1.  **RETENTION BONUS.** Fairway shall provide Employee with a retention bonus in the amount of $400,000.00, payable in one (1) lump sum payment, minus all pertinent state and federal withholdings ("Retention Bonus").

   a. *Delivery of Retention Bonus.* Following the execution of this Agreement by Fairway's duly authorized representative, Fairway shall deliver the Retention Bonus to Employee on the payroll following, assuming Employee remains employed by Fairway on that date.

   b. *Termination of Employment – Repayment of Retention Bonus.* In the event Employee voluntarily leaves employment with Fairway within one (1) year of receiving the Retention Bonus, Employee shall repay the Retention Bonus back to Fairway in its entirety.  To the extent authorized by applicable law, Employee's signature on this Agreement constitutes Employee's written authorization for Fairway to withhold the sum of the Retention Bonus from Employee's final paycheck. Employee understands that any overage of the repayment amount is due to Fairway within thirty (30) calendar days of termination.

(Exhibit A, p. 1.)

14.     Fairway paid Pratt $400,000 on February 7, 2022 per the terms of the Agreement.

15.     Pratt voluntarily resigned from her employment with Fairway on October 25, 2022, approximately three months prior to the one year of employment requirement provided by the Agreement.

16.     Upon her resignation, Pratt never repaid the Retention Bonus to Fairway as she was obligated to do under the Agreement.

## FIRST CAUSE OF ACTION
### Breach of Contract

17.     Fairway hereby incorporates by reference the allegations contained in Paragraphs

1 through 16 as if fully set forth herein.

18.     The Parties entered into the Agreement, dated January 26, 2022.

19.     The Agreement is a valid and enforceable contract.

20.     At all relevant times, Fairway adequately performed its obligations in the Agreement.

21.     Pratt received adequate and sufficient consideration for entering into the Agreement, including among other things, the Retention Bonus and continued employment with Fairway.

22.     Fairway paid Pratt $400,000 on February 7, 2022 based on the terms of the Agreement.

23.     As part of the Agreement, Pratt agreed to repay the $400,000 Retention Bonus to Fairway if she voluntarily resigned from her employment with Fairway within one year of receiving the Retention Bonus.

24.     Pratt voluntarily resigned on October 25, 2022, approximately nine months after receiving the Retention Bonus, requiring her to repay the Retention Bonus under the Agreement.

25.     Pratt breached the Agreement by refusing to repay the Retention Bonus.

26.     As a result of Pratt's breach, Fairway has suffered damages of at least $400,000.

WHEREFORE, Plaintiff Fairway requests that the Court enter judgment in its favor and award it damages in an amount to be determined at trial, interest and costs, and such further relief as may be appropriate.

## **JURY DEMAND**

Fairway hereby demands a jury trial on all issues properly triable by jury.

Respectfully submitted this 17th day of November, 2022.

OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.

*s/ Steven R. Reid*
Steven R. Reid
2000 South Colorado Boulevard
Tower Three, Suite 900
Denver, CO 80222
Telephone: 303.764.6800
Facsimile: 303.831.9246
steve.reid@ogletree.com

*Attorneys for Plaintiff Fairway Independent
Mortgage Corporation*